THE PEOPLE OF THE STATE OF NEW YORK, Appellant *v.*
MAX ESTREICH, Respondent.

Argued March 11, 1948; decided April 22, 1948.

*Charles P. Sullivan, District Attorney (Henry W. Schober* of counsel), for appellant.

*Mordecai Konowitz* for respondent.

Judgment and order affirmed; no opinion.

Concur: LOUGHRAN, Ch. J., LEWIS, CONWAY, DESMOND, THACHER, DYE and FULD, JJ.